1  BEN SUTER, CASB NO. 107680
   *ben.suter@kyl.com*
2  JAMES F. ALEXANDER, CASB No. 258111
   *james.alexander@kyl.com*
3  KEESAL, YOUNG & LOGAN
4  A Professional Corporation
   450 Pacific Avenue
5  San Francisco, California 94133
   Telephone:   (415) 398-6000
6  Facsimile:   (415) 981-0136
7
   Attorneys for Defendants
8  RHODES COLLEGES, INC., RHODES BUSINESS
   GROUP, INC., and CORINTHIAN COLLEGES, INC.
9

10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12

13

| | |
|---|---|
| JACQUEL KIMBLE, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>RHODES COLLEGES, INC., d/b/a EVEREST COLLEGE; RHODES BUSINESS GROUP, INC., d/b/a EVEREST COLLEGE; and CORINTHIAN COLLEGES, INC.,<br><br>　　　　　　　　　Defendant. | Case No. C 10-05786 EMC<br><br>**STIPULATION REGARDING CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE AND STAY OF DISCOVERY AND PRETRIAL PROCEDINGS PENDING RESOLUTION OF DEFENDANTS' MOTION TO COMPEL INDIVIDUAL ARBITRATION**<br><br>**[PROPOSED] ORDER** |

　　　　Pursuant to Civil Local Rule 6-1(b), it is hereby stipulated by and between Plaintiff JACQUEL KIMBLE ("Plaintiff") and Defendants RHODES COLLEGES, INC., RHODES BUSINESS GROUP, INC., and CORINTHIAN COLLEGES, INC. (collectively "the School"), through their respective counsel, as follows:

　　　　WHEREAS, the Court on December 20, 2010 set the Initial Case Management Conference ("CMC") for this matter for April 6, 2011; and

---
STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE AND STAY OF DISCOVERY AND PRETRIAL PROCEDINGS – Case No. C 10-05786 EMC

- 1 -

WHEREAS, the School subsequently moved to compel this action to individual arbitration, initially noticing its motion for March 2, 2011; and

WHEREAS, the hearing on the motion to compel arbitration has now been set for April 6, 2011; and

WHEREAS, Plaintiff and the School ("the Parties") seek to promote judicial efficiency and avoid any potential for duplication of effort; and

WHEREAS, pursuant to Civil Local Rule 6-1(b), an order of the Court is required to give effect to this stipulation;

NOW THEREFORE, the Parties jointly request that the Court continue the CMC and stay the Parties' respective obligations to provide initial disclosures pursuant to Federal Rule of Civil Procedure 26(a), to engage in other pretrial proceedings, and to respond to merits discovery, until the School's pending motion to compel individual arbitration is adjudicated by the District Court. This stipulation is not intended to prejudice any Party's ability to move for any additional stay following adjudication of the motion to compel arbitration by the District Court or any Party's ability to oppose such a motion. Nor is it intended to prejudice any Party's ability to seek discovery relating to arbitrability, as opposed to the merits of the case, or any Party's ability to oppose such discovery.

SO STIPULATED.

DATED: March 7, 2011

Matthew J. Zevin
STANLEY·IOLA
Attorneys for Plaintiff
JACQUEL KIMBLE

DATED: March 14, 2011

James F. Alexander
KEESAL, YOUNG & LOGAN
Attorneys for Defendants
RHODES COLLEGES, INC., RHODES BUSINESS GROUP, INC., and CORINTHIAN COLLEGES, INC.

STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE AND STAY OF DISCOVERY AND PRETRIAL PROCEEDINGS – Case No. C 10-05786 EMC

## [PROPOSED] ORDER

Pursuant to the foregoing Stipulation, IT IS HEREBY ORDERED that the Initial Case Management Conference currently scheduled for April 6, 2011 is taken off calendar. IT IS FURTHER ORDERED that the Parties' respective obligations to provide initial disclosures pursuant to Federal Rule of Civil Procedure 26(a), to engage in other pretrial proceedings, and to respond to merits discovery are STAYED until the School's pending motion to compel individual arbitration is adjudicated by the District Court.

Dated:  3/15/11

By: _____
MAGISTRATE JUDGE

*IT IS SO ORDERED — Judge Edward M. Chen*

STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE AND STAY OF DISCOVERY AND PRETRIAL PROCEDINGS – Case No. C 10-05786 EMC