**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JACQUEL KIMBLE,

        Plaintiff,

   v.

RHODES COLLEGE, INC., *et al.*,

        Defendants.

_____/

No. C-10-5786 EMC

**ORDER RE SUPPLEMENTAL BRIEFING**

    The parties shall cross-file, no later than April 20, 2011, supplemental briefs addressing the question whether this Court should stay proceedings and defer ruling on the motion to compel arbitration herein pending the United States Supreme Court's ruling in *AT&T Mobility LLC v. Concepción*, No. 09-893 (oral arguments heard Nov. 9, 2010), in view of the possibility the Supreme Court will provide guidance on the relationship between the Federal Arbitration Act and state law regarding the enforceability of class action waivers.  The briefs shall not exceed five pages.

    IT IS SO ORDERED.

Dated:  April 11, 2011

_____
EDWARD M. CHEN
United States Magistrate Judge