United States District Court

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JACQUEL KIMBLE,

        Plaintiff,

   v.

RHODES COLLEGE, INC., *et al.*,

        Defendants.
_____/

No. C-10-5786 EMC

**ORDER RE FURTHER BRIEFING**

        The Court has reviewed the parties' supplemental briefs addressing the question of whether this Court should stay proceedings and defer ruling on Defendants' motion to compel arbitration herein pending the United States Supreme Court's ruling in *AT&T Mobility LLC v. Concepción*, No. 09-893 (oral arguments heard Nov. 9, 2010). Having done so, the Court orders further briefing on whether the parties must arbitrate the issue of arbitrability. The Court will permit Ms. Kimble to respond to Defendants' argument that the enforceability of the arbitration clause must be determined by an arbitrator rather than this Court. *See* Defs.' Reply Br. at 2 (citing *Rent-A-Center v. Jackson*, 130 S.Ct. 2772, 2779 (2010) and Suter. Decl., Ex. B ("Enrollment Addendum" stating that "[a]ny dispute. . . no matter how described, pleaded, or styled, shall be resolved by binding arbitration under the Federal Arbitration Act conducted by the [AAA] under is Consumer Rules.").

///

///

///

///

The supplemental briefs shall address, *inter alia*, the question of whether there is a "clear and unmistakable" intent of the parties to arbitrate arbitrability (*see Rent-A-Center*, 130 S.Ct. at 2778 n.1 (citing *First Options of Chicago, Inc. v. Kaplan*, 514 U.S. 938, 944 (1995)) as well as the arguments raised in Defendants' reply and supplemental briefs. Ms. Kimble's brief is due May 4, 2011. Defendants' reply brief is due May 11, 2011. The Court will then take the matter under submission.

IT IS SO ORDERED.

Dated: April 25, 2011

_____
EDWARD M. CHEN
United States Magistrate Judge

2