STANLEY • IOLA, LLP
MATTHEW J. ZEVIN, SBN: 170736
525 B Street, Suite 760
San Diego, CA  92101
Telephone:     (619) 235-5306
Facsimile:     (815) 377-8419
e-mail:        mzevin@stanleyiola.com

Attorneys for Plaintiff, Jacquel Kimble

KEESAL, YOUNG & LOGAN
BEN SUTER, SBN: 107680
JAMES F. ALEXANDER, SBN: 258111
450 Pacific Avenue
San Francisco, CA  94133
Telephone:     (415) 398-6000
Facsimile:     (415) 981-0136

Attorneys for Defendants Rhodes Colleges, Inc.,
Rhodes Business Group, Inc., and Corinthian
Colleges, Inc.

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUEL KIMBLE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RHODES COLLEGE, INC., d/b/a EVEREST COLLEGE; RHODES BUSINESS GROUP, INC., d/b/a EVEREST COLLEGE; and CORINTHIAN COLLEGES, INC.,<br><br>Defendants | Case No. C10-05786 EMC<br><br>**JOINT STIPULATION SEEKING CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND FILING OF JOINT CASE MANAGEMENT CONFERENCE STATEMENT; [PROPOSED] ORDER THEREON**<br><br>DATE:     October 25, 2011<br>TIME:     2:30 p.m.<br>JUDGE:    Honorable Edward M. Chen<br>CTRM:     5 |

1	Pursuant to Civil Local Rules 6-1(b) and 6-2, it is hereby stipulated by and between
2	Plaintiff Jacquel Kimble ("Plaintiff") and Defendants Rhodes Colleges, Inc., Rhodes Business
3	Group, Inc., and Corinthian Colleges, Inc. (collectively "the School"), through their respective
4	counsel, as follows:
5	WHEREAS, the Court on June 2, 2011 issued an Order Granting Defendants' Motion to
6	Compel Arbitration (DKT No. 43) in which the Court determined that "the issue of arbitrability in
7	this case is one for the arbitrator, and not the Court to decide" and further stayed this case pending
8	arbitration; and
9	WHEREAS, the Court Clerk on June 2, 2011 issued a Notice (DKT No. 44) advising the
10	parties that a Case Management Conference was set for October 21, 2011 and that a joint CMC
11	statement was required to be filed by October 14, 2011; and
12	WHEREAS, the Court Clerk on October 11, 2011 issued a Notice (DKT No. 48) advising
13	the parties that the Case Management Conference has been specially reset for October 25, 2011
14	and that the joint CMC statement is now required to be filed by October 18, 2011; and
15	WHEREAS, Plaintiff has not yet filed an action in arbitration but presently intends to do so
16	in the near future; and
17	WHEREAS, the parties have met and conferred and agreed that they have nothing further
18	to report to the Court; and
19	WHEREAS, the parties seek to promote judicial efficiency and avoid any potential for
20	unnecessary or duplicative effort on the part of the Court or the parties; and
21	WHEREAS, pursuant to Civil Local Rule 6-1(b), an order of the Court is required to give
22	effect to this stipulation;

1

1   NOW THEREFORE, the parties jointly request that the Court continue the Case
2   Management Conference and deadline for filing a joint CMC statement by at least 180 days and to
3   such date that is convenient for the Court.
4   SO STIPULATED.
5   DATED: October 11, 2011                STANLEY • IOLA, LLP
                                            MATTHEW J. ZEVIN
6
7                                            /s/ Matthew J. Zevin
                                            MATTHEW J. ZEVIN
8
9                                           525 B Street, Suite 760
                                            San Diego, CA  92101
10                                          Telephone:    (619) 235-5306
                                            Facsimile:    (815) 377-8419
11
12                                          Attorneys for Plaintiff, Jacquel Kimble
13  DATED: October 11, 2011                 KEESAL, YOUNG & LOGAN
                                            BEN SUTER
14                                          JAMES F. ALEXANDER
15                                          /s/ signed per email authority received on
                                            October 11, 2011
16
17                                          _____
                                            JAMES F. ALEXANDER
18                                          450 Pacific Avenue
                                            San Francisco, CA  94133
19                                          Telephone:    (415) 398-6000
20                                          Facsimile:    (415) 981-0136
21                                          Attorneys for Defendants Rhodes Colleges, Inc.,
                                            Rhodes Business Group, Inc., and Corinthian
22                                          Colleges, Inc.
23  IT IS SO ORDERED.    The CMC is reset from 10/25/11 to 4/27/12.  A joint CMC
                         statement shall be filed by 4/20/12.
24  ~~The Court will set a new date for a Case Management Conference in due course.~~
25
            10/11/11
26  DATED: _____
27                                          _____
                                            HONORABLE _____
28                                          UNITED STATES _____ JUDGE

**IT IS SO ORDERED AS MODIFIED**
Judge Edward M. Chen

2
JT STIP SEEKING CONT OF CMC AND FILING OF ... No. C10-05786 EMC

**PROOF OF SERVICE**
*Jacquel Kimble v. Rhodes College, Inc., et al.*
CASE NO.: C10-05786 EMC

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action. I am employed in the County of San Diego, State of California. My business address is: 525 B Street, Suite 760, San Diego, CA 92101.

That on October 11, 2011, I served the following document(s) entitled: **JOINT STIPULATION SEEKING CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND FILING OF JOINT CASE MANAGEMENT CONFERENCE STATEMENT; [PROPOSED] ORDER THEREON** on ALL INTERESTED PARTIES in this action:

| | |
|---|---|
| Julie E. Johnson | Marc R. Stanley |
| Law Office of Julie Johnson PLLC | Stanley Iola LLP |
| 7557 Rambler Road, Suite 950 | 3100 Monticello Avenue, Suite 750 |
| Dallas, TX 75231 | Dallas, TX 75205 |

☒ **BY MAIL:** By placing a true copy thereof in a sealed envelope addressed as above, and placing it for collection and mailing following ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence, pleadings, and other matters for mailing with the United States Postal Service. The correspondence, pleadings and other matters are deposited with the United States Postal Service with postage thereon fully prepaid in San Diego, California, on the same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **BY CM/ECF Electronic Service:** I caused such document to be served via the Court's (NEF) electronic filing system on all registered parties.

☐ **BY PERSONAL SERVICE:** I had such envelope delivered by hand where indicated.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 11, 2011, at San Diego, California.

*/s/ Matthew J. Zevin*
MATTHEW J. ZEVIN

JT STIP SEEKING CONT OF CMC AND FILING OF JOINT CMC; Case No. C10-05786 EMC