STANLEY • IOLA, LLP
MATTHEW J. ZEVIN, SBN: 170736
525 B Street, Suite 760
San Diego, CA  92101
Telephone:       (619) 235-5306
Facsimile:       (815) 377-8419
e-mail:           mzevin@stanleyiola.com

Attorneys for Plaintiff, Jacquel Kimble

KEESAL, YOUNG & LOGAN
BEN SUTER, SBN: 107680
JAMES F. ALEXANDER, SBN: 258111
450 Pacific Avenue
San Francisco, CA  94133
Telephone:       (415) 398-6000
Facsimile:       (415) 981-0136

Attorneys for Defendants Rhodes Colleges, Inc.,
Rhodes Business Group, Inc., and Corinthian
Colleges, Inc.

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUEL KIMBLE, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>v.<br><br>RHODES COLLEGE, INC., d/b/a EVEREST COLLEGE; RHODES BUSINESS GROUP, INC., d/b/a EVEREST COLLEGE; and CORINTHIAN COLLEGES, INC.,<br><br>                    Defendants | Case No. C10-05786 EMC<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND STIPULATION SEEKING CONTINUANCE OF CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON**<br><br>DATE:       April 27, 2012<br>TIME:       9:00 a.m.<br>JUDGE:     Honorable Edward M. Chen<br>CTRM:     5 |

1    Pursuant to Civil Local Rules 6-1(b) and 6-2, it is hereby stipulated by and between

2  Plaintiff Jacquel Kimble ("Plaintiff") and Defendants Rhodes Colleges, Inc., Rhodes Business

3  Group, Inc., and Corinthian Colleges, Inc. (collectively "the School"), through their respective

4  counsel, as follows:

5    WHEREAS, the Court on June 2, 2011 issued an Order Granting the School's Motion to

6  Compel Arbitration (DKT No. 43) in which the Court determined that "the issue of arbitrability in

7  this case is one for the arbitrator, and not the Court to decide" and further stayed this case pending

8  arbitration; and

9    WHEREAS, the Court Clerk on June 2, 2011 issued a Notice (DKT No. 44) advising the

10  parties that a Case Management Conference was set for October 21, 2011; and

11    WHEREAS, the Court Clerk on October 11, 2011 issued a Notice (DKT No. 48) advising

12  the parties that the Case Management Conference had been specially reset for October 25, 2011;

13  and

14    WHEREAS, on October 11, 2011, the parties submitted a joint report and stipulation (DKT

15  No. 49) in which they advised the Court that Plaintiff intended to file an action in arbitration in the

16  near future and requested that the Court continue the Case Management Conference; and

17    WHEREAS, on October 11, 2011, the Court issued an Order (DKT No. 50) resetting the

18  Case Management Conference to April 27, 2012; and

19    WHEREAS, Plaintiff still intends to file a claim in arbitration but is seeking substitute

20  counsel to represent her in arbitration; and

21    WHEREAS, Plaintiff's counsel are trying to help Plaintiff find suitable replacement

22  counsel who will represent Plaintiff in arbitration; and

23    WHEREAS, the parties have met and conferred and agreed that they have nothing further

24  to report to the Court; and

25    WHEREAS, the parties seek to promote judicial efficiency and avoid any potential for

26  unnecessary or duplicative effort on the part of the Court or the parties; and

27    WHEREAS, pursuant to Civil Local Rule 6-1(b), an order of the Court is required to give

28  effect to this stipulation;

1

1    NOW THEREFORE, the parties jointly request that the Court continue the Case

2  Management Conference and deadline for filing a joint CMC statement by at least 180 days and to

3  such date that is convenient for the Court.

4    SO STIPULATED.

5  DATED: April 1**7**, 2012                STANLEY • IOLA, LLP
                                           MATTHEW J. ZEVIN
6

7                                           */s/ Matthew J. Zevin*
                                           MATTHEW J. ZEVIN
8

9                                          525 B Street, Suite 760
                                           San Diego, CA  92101
10                                         Telephone:    (619) 235-5306
                                           Facsimile:    (815) 377-8419
11

12                                         Attorneys for Plaintiff, Jacquel Kimble

13  DATED: April 19, 2012                   KEESAL, YOUNG & LOGAN
                                           BEN SUTER
14                                         JAMES F. ALEXANDER

15

16                                         JAMES F. ALEXANDER

17

18                                         450 Pacific Avenue
                                           San Francisco, CA  94133
19                                         Telephone:    (415) 398-6000
                                           Facsimile:    (415) 981-0136
20

21                                         Attorneys for Defendants Rhodes Colleges, Inc.,
                                           Rhodes Business Group, Inc., and Corinthian
22                                         Colleges, Inc.

23    IT IS SO ORDERED.

24  ~~The Court will set a new date for a Case Management Conference in due course.~~

25  The CMC is reset for 12/14/12 at 9:00 a.m.  A joint CMC Statement shall be filed
    by 12/7/12.

26  DATED: _____4/23/12_____

27                                         HONORABLE EDWARD M. CHEN
                                           UNITED STATES DISTRICT JUDGE
28

IT IS SO ORDERED
AS MODIFIED

Judge Edward M. Chen

2

JT STIP SEEKING CONT OF CMC AND FILING ... C10-05786 EMC

**PROOF OF SERVICE**

*Jacquel Kimble v. Rhodes College, Inc., et al.*
CASE NO.: C10-05786 EMC

    I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action.  I am employed in the County of San Diego, State of California.  My business address is: 525 B Street, Suite 760, San Diego, CA 92101.

    That on April 20, 2012, I served the following document(s) entitled:  **JOINT CASE MANAGEMENT STATEMENT AND STIPULATION SEEKING CONTINUANCE OF CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON** on ALL INTERESTED PARTIES in this action:

| | |
|---|---|
| Julie E. Johnson | Marc R. Stanley |
| Law Office of Julie Johnson PLLC | Stanley Iola LLP |
| 7557 Rambler Road, Suite 950 | 3100 Monticello Avenue, Suite 750 |
| Dallas, TX 75231 | Dallas, TX 75205 |

☒   **BY MAIL:** By placing a true copy thereof in a sealed envelope addressed as above, and placing it for collection and mailing following ordinary business practices.  I am readily familiar with the firm's practice of collection and processing correspondence, pleadings, and other matters for mailing with the United States Postal Service.  The correspondence, pleadings and other matters are deposited with the United States Postal Service with postage thereon fully prepaid in San Diego, California, on the same day in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐   **BY OVERNIGHT COURIER:**  I caused the above-referenced document(s) to be contained in an overnight envelope and to be deposited in a **Federal Express/Overnite Express** box located at 525 B Street, San Diego, California, for delivery to the above address(es).

☒   **BY CM/ECF Electronic Service:** I caused such document to be served via the Court's (NEF) electronic filing system on all registered parties.

☐   **BY PERSONAL SERVICE:**  I had such envelope delivered by hand where indicated.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on April 20, 2012, at San Diego, California.

         _/s/ Matthew J. Zevin_
         MATTHEW J. ZEVIN