BEN SUTER, CASB No. 107680
*ben.suter@kyl.com*
KEESAL, YOUNG & LOGAN
A Professional Corporation
450 Pacific Avenue
San Francisco, California 94133
Telephone: (415) 398-6000
Facsimile: (415) 981-0136

Attorneys for Defendants Rhodes Colleges, Inc.,
Rhodes Business Group, Inc., and
Corinthian Colleges, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| JACQUEL KIMBLE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>RHODES COLLEGES, INC., d/b/a EVEREST COLLEGE; RHODES BUSINESS GROUP, INC., d/b/a EVEREST COLLEGE; and CORINTHIAN COLLEGES, INC.,<br><br>Defendant. | Case No. C10-05786<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** ; ORDER<br><br>Date:<br>Time:<br>Courtroom:<br>Judge: |

Plaintiff Jacquel Kimble, with the consent of Defendants Rhodes College, Inc., d/b/a Everest College, Rhodes Business Group, Inc., d/b/a/ Everest College, and Corinthian Colleges, Inc. (collectively, the "School"), by and through their respective counsel, hereby stipulate to the dismissal with prejudice of the above-captioned action.

Each party shall bear their respective attorneys' fees and costs.

DATED this 24th day of September, 2012.

**STIPULATION OF DISMISSAL WITH PREJUDICE– CASE NO. C10-05786**

- 1 -

| | |
|---|---|
| Attorneys for the Students: | Attorneys for the School: |
| /s/ Matthew J. Zevin | /s/ Ben Suter |
| Matthew J. Zevin, SBN 170736<br>**Stanley Iola LLP**<br>525 B Street, Suite 760<br>San Diego, California 92101<br>Telephone: (619) 235-5306<br>Fax: (815) 377-8419<br>Email: mzevin@stanleyiola.com | Ben Suter, CASB No. 107680<br>KEESAL, YOUNG & LOGAN<br>A Professional Corporation<br>450 Pacific Avenue<br>San Francisco, California  94133<br>Telephone:     (415) 398-6000<br>Facsimile:     (415) 981-0136<br>Email: *ben.suter@kyl.com* |
| /s/ Julie E. Johnson | /s/ Peter W. Homer |
| Julie E. Johnson<br>**Law Office of Julie Johnson, PLLC**<br>3100 Monticello Avenue, Suite 500<br>Dallas, Texas 75205<br>Telephone: 214-290-8002<br>Fax: 214-265-7626<br>Email: Julie@juliejohnsonlaw.com | Peter W. Homer (admitted *pro hac vice*)<br>**HomerBonner**<br>1441 Brickell Avenue, Suite 1200<br>Miami, Florida  33131<br>Telephone:  (305) 350-5139<br>Telecopier:  (305) 982-0063<br>E-mail:  phomer@homerbonner.com |

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. District Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*

**STIPULATION OF DISMISSAL WITH PREJUDICE– CASE NO. C10-05786**

- 2 -