BEN SUTER, CASB No. 107680
*ben.suter@kyl.com*
KEESAL, YOUNG & LOGAN
A Professional Corporation
450 Pacific Avenue
San Francisco, California 94133
Telephone: (415) 398-6000
Facsimile: (415) 981-0136

Attorneys for Defendants Rhodes Colleges, Inc., Rhodes Business Group, Inc., and Corinthian Colleges, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION**

JACQUEL KIMBLE, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

RHODES COLLEGES, INC., d/b/a EVEREST COLLEGE; RHODES BUSINESS GROUP, INC., d/b/a EVEREST COLLEGE; and CORINTHIAN COLLEGES, INC.,

Defendant.

Case No. C10-05786

**STIPULATION OF DISMISSAL WITH PREJUDICE** ; ORDER

Date:
Time:
Courtroom:
Judge:

Plaintiff Jacquel Kimble, with the consent of Defendants Rhodes College, Inc., d/b/a Everest College, Rhodes Business Group, Inc., d/b/a/ Everest College, and Corinthian Colleges, Inc. (collectively, the "School"), by and through their respective counsel, hereby stipulate to the dismissal with prejudice of the above-captioned action.

Each party shall bear their respective attorneys' fees and costs.

DATED this 24th day of September, 2012.

Attorneys for the Students:

/s/ Matthew J. Zevin
Matthew J. Zevin, SBN 170736
**Stanley Iola LLP**
525 B Street, Suite 760
San Diego, California 92101
Telephone: (619) 235-5306
Fax: (815) 377-8419
Email: mzevin@stanleyiola.com

/s/ Julie E. Johnson
Julie E. Johnson
**Law Office of Julie Johnson, PLLC**
3100 Monticello Avenue, Suite 500
Dallas, Texas 75205
Telephone: 214-290-8002
Fax: 214-265-7626
Email: Julie@juliejohnsonlaw.com

Attorneys for the School:

/s/ Ben Suter
Ben Suter, CASB No. 107680
KEESAL, YOUNG & LOGAN
A Professional Corporation
450 Pacific Avenue
San Francisco, California 94133
Telephone: (415) 398-6000
Facsimile: (415) 981-0136
Email: *ben.suter@kyl.com*

/s/ Peter W. Homer
Peter W. Homer (admitted *pro hac vice*)
**HomerBonner**
1441 Brickell Avenue, Suite 1200
Miami, Florida 33131
Telephone: (305) 350-5139
Telecopier: (305) 982-0063
E-mail: phomer@homerbonner.com

IT IS SO ORDERED:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Edward M. Chen

Edward M. Chen
U.S. District Judge